UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Mr. WILLIE CLAUDIUS WATT,                    Civil No. 07-2231 DSD/SRN

      Plaintiff,

v.

                                                ORDER

UNITED STATES DEPARTMENT OF
JUSTICE FEDERAL BUREAU OF
INVESTIGATION FBI NO. - 238137h
CRIMINAL JUSTICE INFORMATION
SERVICES DIVISION,

      Defendant.

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Susan Richard Nelson dated June 6, 2007.  No objections have been filed to that Report and Recommendation in the time period permitted.

Based on the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein,

IT IS HEREBY ORDERED that:

1.  Plaintiff's "Application to Proceed Without Prepayment of Fees," (Docket No. 2), is DENIED; and

2.  This action is summarily DISMISSED pursuant to 28 U.S.C. §1915(e)(2)(B)(ii) and (iii).

DATED:  June 25, 2007

                                                        s/David S. Doty
                                                        David S. Doty, Judge
                                                        United States District Court